# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ROBERT LOUIS ISAACS,

      Plaintiff,

v.                                           Case No:   6:21-cv-1912-PGB-LHP

STEVEN ALLEN ISAACS, ESTATE
OF ALBERT ISAACS and CARS
ASSET GROUP, LLC,

      Defendants

---

## ORDER
(And Direction to Clerk of Court)

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION:   ENACTING LOCAL RULE 3.07(g) EXHIBITS; RETRIEVING   (Doc. No. 78)**
>
> **FILED:**      **July 16, 2023**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

By the above-styled motion, Plaintiff, appearing *pro se*, seeks return of paper exhibits he submitted to the Clerk of Court, to include "birth certificates, partnership filing documents, warranty deeds, and clerk of the court records [that]

were purchased from various county clerks of Florida and the Division of Corporations." Doc. No. 78. Although Plaintiff does not identify when the documents were delivered to the Clerk of Court, he appears to be referencing documents that he submitted either in support of his second amended complaint and/or in support of his response to a motion to dismiss that, upon receipt, the office of the Clerk of Court scanned and entered on the electronic docket. *See* Doc. Nos. 52, 54, 55, 58, 60–68, 72–73.

Upon review, Plaintiff's motion is due to be denied. First, the motion fails to comply with the Local Rules, including Local Rules 3.01(a) and 3.01(g). In addition, the only legal authority Plaintiff cites for his request is Local Rule 3.07, which applies to exhibits tendered at evidentiary hearing or trial. Here, there is no indication that Plaintiff submitted the exhibits at issue at an evidentiary hearing or at trial, and indeed, this matter concluded at the motion to dismiss stage. *See* Doc. No. 77. Finally, by Administrative Order, the Clerk of Court "can dispose of paper records scanned and entered on the electronic docket," *see In the Matter of the Retention of Paper Records*, No. 8:20-mc-24-T-23, Doc. No. 1 (M.D. Fla. March 25, 2020), which the Clerk of Court has notified the Court was done here. Accordingly, Plaintiff's motion (Doc. No. 78) is **DENIED.**

The Clerk of Court is directed to update Plaintiff's mailing address as set forth in the motion (Doc. No. 78, at 2) and mail a copy of this Order to Plaintiff at that address.

**DONE** and **ORDERED** in Orlando, Florida on July 18, 2023.

                                                                            *Leslie Hoffman Price*

                                                                            LESLIE HOFFMAN PRICE
                                                                            UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties